No. D–48.  IN RE DISBARMENT OF EHRLICHMAN.  It is ordered that John Daniel Ehrlichman, of Bellevue, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.  MR. JUSTICE REHNQUIST took no part in the consideration or decision of this matter.*

No. 36, Orig.  TEXAS v. LOUISIANA.  Report of Special Master received and ordered filed.  Exceptions, if any, with supporting briefs to Report may be filed by the parties on or before May 29, 1975.  Reply briefs, if any, to such exceptions may be filed on or before June 30, 1975.  [For previous orders herein, see, e. g., 416 U. S. 965.]

No. 73–1513.  UNITED STATES v. JENKINS, 420 U. S. 358.  C. A. 2d Cir.  Motion of respondent for appointment of counsel nunc pro tunc granted.  It is ordered that James S. Carroll, Esquire, of New York, N. Y., be, and he is hereby, appointed to serve as counsel for respondent in this case.

---

*See also note, supra, p. 901.